/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona  85012-1965
Email: mail@ch13bk.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| MARVIS PATRICK SCOTT<br>A'TAISHA A. WADE<br>22503 WEST WOODLANDS AVENUE<br>BUCKEYE, AZ 85326<br><br>Debtors. | Chapter 13<br>Case No. 2-20-bk-02788 MCW<br>**TRUSTEE'S 2021 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS** |

This is an annual report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. **Debtors may view their case information through the National Data Center; sign up at www.ndc.org.** If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If the Debtors. have a question about the data shown, then send an email to mail@ch13bk.com.

### Dates
Petition Date: 3/17/2020
Plan Payment Start Date: 4/16/2020
Plan Confirmed On: 8/24/2020
Last Payment Received: 5/24/2021
Last Disbursement Date: 5/27/2021

### Plan Payment Schedule

| Pmt Amt | Month # | | Month # |
|---|---|---|---|
| 860.00 | 1 | through | 60 |

### Tax Returns & Refunds
If the Debtors are required by the plan or order confirming plan to provide state and federal income tax returns, tax refunds, or both, to the Trustee but have not done so, then the Trustee is requesting that the Debtors send the return(s) to to his or her attorney who will get the returns to the Trustee.

### Plan Payments Received by Trustee or Payment Refunds

If a debtor has a question about a cashier's check or money order payment not shown below, provide the Trustee with a copy of the front <u>and</u> back of the cashier's check or money order. Plan payments can be made online through *www.tfsbillpay.com* **or** *app.courtcompass.com.*

Plan payments are current.
The total amount of plan payments received: $12,355.00
The amount of trustee fee taken on receipts: $920.26
Amount of Undistributed Funds: $0.00

***Covers receipts posted June 1, 2019, through May 31, 2021.***

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/24/21 | TFS | 895.00 | 4/21/21 | TFS | 895.00 | | | |
| 3/23/21 | TFS | 895.00 | 2/23/21 | TFS | 895.00 | | | |
| 1/26/21 | TFS | 895.00 | 12/29/20 | TFS | 895.00 | | | |
| 11/30/20 | TFS | 895.00 | 10/23/20 | TFS | 895.00 | | | |
| 9/25/20 | TFS | 895.00 | 8/28/20 | TFS | 860.00 | | | |
| 7/27/20 | TFS | 860.00 | 6/24/20 | TFS | 860.00 | | | |
| 5/26/20 | TFS | 860.00 | 4/27/20 | TFS | 860.00 | | | |

***Disbursement information (payments to creditors) is on the next page.***

## Disbursements to Administrative Expenses / Claimants / Creditors

The Court confirmed a Plan on 8/24/2020. The Trustee's last disbursement was on 5/27/2021 and the amount paid out on claims and debts to date is $12,355.00. The amount of Trustee's statutory percentage fee paid is $920.26.

| Pmt Seq | Creditor Name | Trustee or Court Claim No. | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | PHOENIX FRESH START | | 4/29/21 | L | | 4,490.00 | 4,490.00 | | 0.00 | 4,490.00 | 0.00 |
| 24 | DESERT FINANCIAL FEDERAL CREDIT UNION | 001 | 5/27/21 | S | V | 31,414.22 | 2,492.52 | 6.00 | 2,279.41 | 4,771.93 | 28,921.70 |
|  | ALLY FINANCIAL INC. | 010 | 5/27/21 | S | V | 5,444.75 | 1,810.24 | 6.00 | 362.57 | 2,172.81 | 3,634.51 |
| 33 | DISCOVER BANK | 002 | | U | | 5,479.40 | 0.00 | | 0.00 | 0.00 | 5,479.40 |
|  | CAPITAL ONE BANK USA | 004 | | U | | 3,037.19 | 0.00 | | 0.00 | 0.00 | 3,037.19 |
|  | CHASE BANK USA | 005 | | U | | 2,152.55 | 0.00 | | 0.00 | 0.00 | 2,152.55 |
|  | CHASE BANK USA | 006 | | U | | 5,122.62 | 0.00 | | 0.00 | 0.00 | 5,122.62 |
|  | BECKETT & LEE LLP | 007 | | U | | 4,106.82 | 0.00 | | 0.00 | 0.00 | 4,106.82 |
|  | BECKETT & LEE LLP | 008 | | U | | 3,215.89 | 0.00 | | 0.00 | 0.00 | 3,215.89 |
| 34 | *Trustee anticipates making no payment or no further payment on these debts:* | | | | | | | | | | |
|  | ARIZONA DEPARTMENT OF REVENUE | 003 | | P | | 7,252.00 | 0.00 | | 0.00 | 0.00 | 7,252.00 |
|  | FREEDOM MORTGAGE CORP | 009 | | S | M | 240,236.76 | 0.00 | | 0.00 | 0.00 | 240,236.76 |

Explanation of disbursement codes:

(1) Pmt Seq. A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to creditor.
(2) Under Claim Number, a "#" refers to a claim that the Court has disallowed.
(3) Claim Class: "C" = continuing payment;"L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured
(4) Claim Type: "A" = prepetition arrears; "E" = expense claim; "F" = 3002.1 expense; "M" = mortgage;
   "P" = personal property;

| In re SCOTT | Case No. 2-20-bk-02788-MCW | Page 2 |
|---|---|---|

If the Trustee has an email address for the Debtors, then the Trustee sent the Annual Report by email. If the email was bounced back or the Trustee has no email address for the Debtors., the Trustee sent a paper copy to the address appearing in the caption on the first page, and to any separate mailing address for the joint debtor, if the Trustee has that information.